THE PEOPLE, on the relation of S. B. Jewett, *vs.* MONROE COMMON PLEAS.

A *mis-recital of the day of the rendition of a justice's judgment in an appeal bond is fatal.*

MOTION for a mandamus. The common pleas of Monroe quashed an appeal for an erroneous recital in the appeal bond of the day on which the judgment before the justice was rendered. It was rendered on the *twentieth* August, but in the bond was recited to have been rendered on the *twenty-first* day of August, 1819.

*By the Court*, MARCY, J. The common pleas decided correctly. There was no such judgment as was recited in the bond. Had the day of the rendition of the judgment been omitted, there would have been no variance, and the bond would have been good, as was held in 2 Wendell, 292; but being inserted, it becomes material ; and a wrong or false date being given, the objection to the bond was fatal.

*Motion denied.*